| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>WHIPPLE, HAROLD "DEAN" D. | 2. Court or Organization<br><br>Western District of Missouri | 3. Date of Report<br><br>05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>8462 Chas. Evans Whittaker Crt<br>400 East 9th Street<br>Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Whipple , Harold " Dean " D.

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Missouri Judges Retirement System - Pension | $38,385.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Administrative Office - U.S. Courts - Administrative Assistant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 2. Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 3. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 4. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 5. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 6. Ally Demand Notes (formerly GMAC) | B | Interest | K | T | | | | | |
| 7. Bank of America Accounts | B | Interest | M | T | | | | | |
| 8. Corn Prod. Int'l. com. stock | A | Dividend | J | T | | | | | |
| 9. Vail Resort, Inc. (common) | | None | | | Sold | 05/21/10 | J | B | |
| 10. Mid-Missouri Bank Account | A | Interest | M | T | | | | | |
| 11. Cisco Systems, Inc. (common) | | None | | | Sold | 05/21/10 | J | | |
| 12. Pepsico, Inc. (common) | B | Dividend | | | Sold | 05/26/10 | L | E | |
| 13. Federated Total Return Bond Fund | C | Dividend | L | T | | | | | |
| 14. Pimco Foreign Bond Fund | B | Dividend | L | T | | | | | |
| 15. Vanguard GNMA Fund | B | Dividend | K | T | | | | | |
| 16. Vanguard Developed Markets Index | B | Dividend | L | T | Buy | 04/14/10 | J | | |
| 17. | | | | | Buy | 05/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy | 12/16/10 | J | | |
| 19. Vanguard Institutional Index | A | Dividend | L | T | Buy | 05/28/10 | J | | |
| 20. | | | | | Sold (part) | 12/01/10 | J | | |
| 21. Dimensional Fund Advisors Investment Dimensions Group | D | Dividend | N | T | Buy | 04/14/10 | J | | |
| 22. | | | | | Sold (part) | 12/01/10 | J | | |
| 23. IRA #1 | A | Dividend | K | T | | | | | |
| 24. -- AIM Int'l. Mutual Fund | | | | | | | | | |
| 25. -- AIM Equity Funds CLA | | | | | | | | | |
| 26. AIM Growth SER | C | Dividend | M | T | | | | | |
| 27. Harley Davidson, Inc. | A | Dividend | | | Sold | 05/21/10 | J | | |
| 28. Pim. Comm. | B | Dividend | L | T | Buy | 05/28/10 | J | | |
| 29. | | | | | Buy | 12/16/10 | J | | |
| 30. Northern Fund Global | A | Dividend | K | T | Buy | 04/14/10 | J | | |
| 31. | | | | | Buy | 05/28/10 | J | | |
| 32. | | | | | Buy | 12/16/10 | J | | |
| 33. Vanguard TIPS [a/k/a Vanguard Inflation Protected] | C | Dividend | M | T | Buy | 04/14/10 | J | | |
| 34. | | | | | Buy | 05/28/10 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 12/16/10 | J | | |
| 36.  Vanguard Index Funds Grw Idx Signal | A | Dividend | L | T | Buy | 04/14/10 | J | | |
| 37. | | | | | Buy | 05/28/10 | J | | |
| 38. | | | | | Buy | 12/16/10 | J | | |
| 39.  Central Bank Accounts | A | Interest | J | T | | | | | |
| 40.  Bank Midwest Account | C | Interest | M | T | | | | | |
| 41.  Garmin, LTD | A | Dividend | | | Sold | 05/21/10 | J | | |
| 42.  Federated High-Yield Bond | B | Dividend | K | T | Buy | 01/14/10 | J | | |
| 43. | | | | | Buy | 04/14/10 | J | | |
| 44. | | | | | Buy | 05/28/10 | J | | |
| 45. | | | | | Sold (part) | 12/01/10 | J | | |
| 46. | | | | | Buy | 12/16/10 | J | | |
| 47.  Federated Ultra-Short Bond | A | Dividend | J | T | | | | | |
| 48.  Vanguard Short-Term Inv. Grade | B | Dividend | K | T | Buy | 04/14/10 | J | | |
| 49. | | | | | Buy | 05/28/10 | J | | |
| 50. | | | | | Buy | 12/16/10 | J | | |
| 51.  Vanguard Int-Term Inv. Grade | B | Dividend | K | T | Buy | 04/14/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:              J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)           U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | . | Buy | 05/28/10 | J | | |
| 53. | | | | | Buy | 12/16/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment              T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ HAROLD "DEAN" D. WHIPPLE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544